IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

VICTORIA LANZA                                                          PLAINTIFF

v.                              No. 3:22-cv-159-DPM

DOLGENCORP, LLC                                                        DEFENDANT

## JUDGMENT

Lanza's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

29 November 2023